UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-1552-Orl-37LRH

DAVID POSCHMANN,

    Plaintiff,

v.

RAVINA, INC.,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed in the parties' settlement agreement.

Dated: October 6, 2020

                                                s/Drew M. Levitt
                                               Drew M. Levitt
                                               Florida Bar No. 782246
                                               drewmlevitt@gmail.com
                                               Lee D. Sarkin, Esq.
                                               Florida Bar No. 962848
                                               Lsarkin@aol.com
                                               4700 N.W. Boca Raton Boulevard
                                               Suite 302
                                               Boca Raton, Florida 33431
                                               Telephone (561) 994-6922
                                               Attorneys for Plaintiff